UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

GARY NULL

 17 Colchester Drive

St. Louis, Missouri 63135

       Plaintiff,                  *

v.                                 *      Case No.:

                            *      COMPLAINT AND

                            *      JURY DEMAND

CDAG INTERNATIONAL

Serve: Carol Davis, Resident Agent

    2445 P Street, NW

    Washington, D.C. 20007

       Defendant.

## COMPLAINT

  Plaintiff, Gary Null ("Plaintiff," or "Mr. Null"), brings this complaint in the United States District Court for the District of Columbia against CDAG International, and states the following:

### JURISDICTION AND VENUE

 1.   This Court has personal jurisdiction over Defendant because it has its principal place of business in the District of Columbia.

 2.   This court has subject matter jurisdiction to hear Plaintiff's claims under 28 U.S.C. §

1332(a)(1) as there exists diversity of citizenship among the parties hereto and the amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000.

3. Venue in this District is proper under 28 U.S.C. § 1391(b) and 28 U.S.C. § 1400(a).

## PARTIES

4. Gary Null is an individual residing in the State of Missouri, with a business address of 17 Colchester Drive, St. Louis, Missouri 63135. Mr. Null is the owner of Accurate Tree and Landscaping Services.

5. On information and belief, CDAG International is a limited liability company with its principal place of business located at 1629 K Street, NW, Washington, D.C. 20006.

## STATEMENT OF FACTS

6. Gary Null is the owner of Accurate Tree and Landscaping Services. Mr.Null is a Missouri resident and his company is also a Missouri corporation. CDAG International is a U.S.-based limited liability company with a global presence. Its construction office is located in Washington, D.C. A secondary site is located in Yoruba Linda, California. DDL Group is a subsidiary of CDAG International. CDAG is a government contractor. It bids on federal government contracts, then employs various subcontractors to complete the actual labor. In July 2016, DDL was awarded a federal contract for landscaping services at Goodfellow Airforce Base (hereafter AFB) in Texas. In a written subcontract agreement, made by and between CDAG International and Accurate Tree and Landscaping Service, CDAG agreed to pay $82,500.00 to Accurate Tree and Landscaping Services in exchange for work performed at Goodfellow AFB in Texas. In follow-up emails, CDAG agreed to pay Accurate Tree and Landscaping Services an additional $8,500.00 for its work at Goodfellow AFB.

7.     Mr. Null and his crew traveled from Missouri to Texas and stayed in hotels in order to work on the Goodfellow AFB project.  The start date for the project was January 16, 2017.  Mr. Null and his staff completed the work on March 12, 2017.   CDAG expressed its complete and full satisfaction with Mr. Null's work in several emails.  However, CDAG failed to make any payment to Mr. Null's company in return.  In repeated emails, Ed Warren, chief operating officer for CDAG, assured Mr. Null that payment would be soon forthcoming.  However, over a year later, Mr. Null has still not received any payment on the Goddfellow AFB contract.

## COUNT I

### BREACH OF CONTRACT

 8.   Plaintiff incorporates by reference into this Count all of the allegations appearing in paragraphs 1-7 appearing in this Complaint.

 9.   On information and belief, CDAG International intentionally or negligently failed to pay Mr. Null $91,000.00 for work performed, as agreed  under the Goodfellow AFB subcontract agreement.

## COUNT II

### UNJUST ENRICHMENT

10.   Plaintiff incorporates by reference into this Count all of the allegations appearing in paragraphs 1-9 appearing in this Complaint.

11.   As a consequence of Defendant's actions, Plaintiff has been denied financial compensation and credit in connection with the contract and the Defendant has been enriched by the manner and use of the Plaintiff's services at the Plaintiff's expense. The circumstances are such that equity and good conscience require the Defendant make restitution in the amount of

$91,000.00, plus interest, costs and attorney's fees.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

A. Awarding Plaintiff statutory damages and attorney's fees pursuant to 17 U.S.C. §§ 504-505.

B. Awarding Plaintiff treble damages or profits and reasonable attorneys' fees pursuant to 15 U.S.C. § 1117(a-b).

C. Awarding Plaintiff prejudgment and post-judgment interest on any monetary award in this action.

D. Granting such other and further relief as to this Court deems just and proper.

## **JURY DEMAND**

Plaintiff hereby demands a trial by jury on all claims for which there is a right to jury trial.

Date: May 1, 2018

Respectfully submitted,
 /s/Pamela McLean
Pamela McLean
D.C. Bar No. 497891
1629 K Street, NW Suite 300
Washington, D.C. 20006
202-204-2234(O)  703-488-0852(C)
*contact@mcleanlegalgroup.com*

 Counsel for Plaintiff

<u>Certificate of Service</u>

I, Pamela McLean, certify that the foregoing Complaint has been served upon all parties of record on this 1st day of May 2018.

<u>/s/Pamela McLean</u>,
*Counsel for Plaintiff, GaryNull*